UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE AUTOMOTIVE PARTS ANTITRUST LITIGATION | : | 2:12-md-02311 |
| | : | Honorable Marianne O. Battani |
| IN RE SWITCHES | : | |
| | : | |
| THIS DOCUMENT RELATES TO: END-PAYOR ACTION | : | 2:13-cv-01303-MOB-MKM |

**NOTICE OF VOLUNTARY DISMISSAL OF THE MITSUBA DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), End-Payor Plaintiffs ("Plaintiffs") hereby give notice of their voluntary dismissal of Mitsuba Corporation and American Mitsuba Corporation (collectively, "Mitsuba") from this action. Dismissal of this action against Mitsuba is without prejudice, and Plaintiffs and Mitsuba shall bear their own attorneys' fees and costs.

Mitsuba has not filed an answer or motion for summary judgment with respect to Plaintiffs' Second Consolidated Class Action Complaint.

Plaintiffs initially named Mitsuba as Defendants in the Consolidated Amended Class Action Complaint filed on June 12, 2014. Doc. No. 11. Plaintiffs then voluntarily dismissed Mitsuba from the action without prejudice on October 31, 2014. Doc. No. 34. Plaintiffs erroneously named Mitsuba as Defendants in the Second Consolidated Class Action Complaint that was filed on March 29, 2017 (Doc. No. 122). Plaintiffs therefore voluntary dismiss Mitsuba from this action without prejudice again.

1

<table>
<tr><td>Date: March 30, 2017</td><td>

*/s/ Steven. N. Williams*
Steven N. Williams
Elizabeth Tran
Demetrius X. Lambrinos
**COTCHETT, PITRE & McCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
etran@cpmlegal.com
dlambrinos@cpmlegal.com

Hollis Salzman
Bernard Persky
William V. Reiss
**ROBINS KAPLAN LLP**
601 Lexington Avenue, Suite 3400
New York, NY 10022
Telephone: (212) 980-7400
Facsimile: (212) 980-7499
HSalzman@RobinsKaplan.com
BPersky@RobinsKaplan.com
WReiss@RobinsKaplan.com

Marc M. Seltzer
Steven G. Sklaver
**SUSMAN GODFREY L.L.P.**
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com

Terrell W. Oxford
Chanler Langham
Omar Ochoa
**SUSMAN GODFREY L.L.P.**
1000 Louisiana Street, Suite 5100
Houston, TX 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
toxford@susmangodfrey.com

</td></tr>
</table>

clangham@susmangodfrey.com
oochoa@susmangodfrey.com

*Interim Co-Lead Class Counsel for the Proposed End-Payor Plaintiff Class*

E. Powell Miller
Devon P. Allard
**THE MILLER LAW FIRM, P.C.**
The Miller Law Firm, P.C.
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
epm@millerlawpc.com
dpa@millerlawpc.com

*Interim Liaison Counsel for the Proposed End-Payor Plaintiff Class*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2017 I caused the foregoing Notice of Voluntary Dismissal of the Mitsuba Defendants be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Steven N. Williams*
Steven N. Williams